a new trial upon the ground of newly-discovered evidence affirmed, with disbursements.

In re HOPKINS' WILL. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) In the matter of the probate of the will of Robert E. Hopkins, deceased. No opinion. Motion for reargument granted, and case set down for argument on May 31, 1904.

HOPKINS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department, March 25, 1904.) Action by John Hopkins against the Metropolitan Street Railway Company. C. F. Brown, for appellant. T. E. Munday, for respondent. No opinion. Judgment and order affirmed, with costs.

HORNE, Appellant, v. ACKLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Walter P. Horne against Griffin T. Ackley and others.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

HUBER et al. v. CASE et al. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Helen Huber and others against Franklin B. Case, Jr., and others. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of Huber v. Case (decided herewith) 87 N. Y. Supp. 663.

HURD, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by F. Seward Hurd against George M. Taylor.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the question of the illegality of the contract was properly submitted to the jury.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that the evidence conclusively establishes that the agreement under which the plaintiff seeks to recover was a wager contract, and was understood by the parties to be such, and that therefore the plaintiff is not entitled to recover.

In re HURLEY. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) In the matter of the application of William F. Hurley for admission to the bar. No opinion. Application granted.

HUTCHINSON v. SIMPSON et al. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Archibald A. Hutchinson against John W. Simpson and others. No opinion. Motion denied.

HUTWELKERS et al., Respondents, v. BRUCK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 87 N.Y.S.—72

22, 1904.) Action by Charles H. Hutwelkers and others against Samuel L. Bruck and Mendel Schulman. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

IESIEF v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Peter Iesief against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with costs, including $10 costs of this motion.

IRON NAT. BANK OF PLATTSBURG, Respondent, v. DOLGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by the Iron National Bank of Plattsburg against Alfred Dolge and others. No opinion. Order affirmed, with $10 costs and disbursements.

IRVING SAV. INST. v. SMITH et al. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by the Irving Savings Institution against Arthur E. Smith and others. No opinion. Motion granted, with $10 costs.

JARVIS, Respondent, v. HIGH GROUND DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Frank Jarvis against the High Ground Dairy Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

JAYNE, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Andrew F. Jayne against Mary F. Brown. No opinion. Judgment affirmed, with costs, on the opinion of Mr. Justice Wilmot M. Smith at Special Term.

JENNIE CLARKSON HOME FOR CHILDREN, Respondent, v. UNION PACIFIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by the Jennie Clarkson Home for Children against the Union Pacific Railroad Company and another. From a judgment for plaintiff (83 N. Y. Supp. 913), defendants appeal. Affirmed. Austen O. Fox, for appellant Gibson. Pierce & Greer, for appellant Union Pac. Ry. Co. Henry W. Sackett, for respondent.

INGRAHAM, J. The questions presented in this case are the same as those determined in the case of Jennie Clarkson Home for Children v. Chesapeake & Ohio Railway Company (decided herewith) 87 N. Y. Supp. 348. The judgment in this case, however, gave to the plaintiff a judgment against the defendant Union Pacific Railroad Company and Robert Gibson, as general partner of the limited partnership of H. Knickerbocker & Co. For the reasons stated in the case of Jennie Clarkson Home for Children v. Chesapeake & Ohio Railway Company, we have reached the conclusion